AO 91 (Rev. 08/09) Criminal Complaint

Shaniek Maynard AUSA

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12-39-FJL |
| ANDREW JOSEPH HALLOCK | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
REC'D by _____ D.C.
APR 25 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 22, 2011 _____ in the county of _____ Indian River _____ in the _____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4) | POSSESSION OF CHILD PORNOGRAPHY |
| 18 U.S.C. § 2422(b) | ATTEMPTED ENTICEMENT OF A MINOR TO ENGAGE IN ILLEGAL SEXUAL ACTIVITY |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

S/A Ivan Camacho / Dept of Homeland Security
Printed name and title

Sworn to before me and signed in my presence.

Date: Apr 25, 2012

_____
Judge's signature

City and state: Fort Pierce, Florida

Frank J. Lynch, Jr., United States Magistrate Judge
Printed name and title

## AFFIDAVIT
## OF
## Ivan L. Camacho
### SENIOR SPECIAL AGENT
### DEPARTMENT OF HOMELAND SECURITY
### HOMELAND SECURITY INVESTIGATIONS

I, Ivan L. Camacho, after being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Department of Homeland Security, Homeland Security Investigations (HSI), having been so employed since August 2010. From 2008 to 2010, I was employed by the U.S. Immigration and Customs Enforcement Service as an Immigration Enforcement Agent. From 2001 to 2003, I was employed as a state deputy marshal in Puerto Rico. From 2003 to 2005, I was employed as a criminal investigator for the public defender's office in Puerto Rico. I have been assigned to the investigation of cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search and arrest warrants. I have received formal training on the aforementioned investigations at the Federal Law Enforcement Training Center.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2251, 2252, 2422, *et seq.*

3. This affidavit is submitted in support of a criminal complaint charging Andrew J. HALLOCK, hereafter referred to as HALLOCK, with possession of child pornography in violation of Title 18, United States Code, Section 2252(a)(4), and enticement of a minor to engage in illegal sexual activity in violation of Title 18, United States Code, Section 2422(b).

4. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as other state, local and federal officers/agents with personal knowledge of the evidence and activities described herein. Since this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

5. On May 22, 2011, Detective Jason C. Mills from the Sebastian Police Department was called to respond to 1793 Shakespeare Street, Sebastian, Florida in reference to an explosion. When Detective Mills arrived at the residence, he discovered that a female, Nancy Galuppo, had been injured. Galuppo told Detective Mills that she had been cleaning a shed in the backyard of her residence when something exploded. Detective Mills spoke to Galuppo's daughter, Shelly, via phone. Shelly stated that her brother, Andrew HALLOCK, had stored and "messed with" chemicals in the shed when he lived there. At the time of the explosion, HALLOCK was not living at the Shakespeare Street residence. He was

2

living in a house located at 620 Mulberry Street in Sebastian, Florida. The residence at 620 Mulberry Street is owned by Steven Ripp.

6. Detective Mills contacted HALLOCK on May 22, 2011 regarding the explosion. HALLOCK was read his Miranda rights before being interviewed and agreed to waive his rights. Detective Mills asked HALLOCK about the explosives found in the shed. HALLOCK stated that he was into "Rogue Science." HALLOCK signed a consent form to search his room at 620 Mulberry Street and identified the Toshiba laptop computer found in the room as belonging to him. The laptop computer was seized by Detective Mills.

7. HALLOCK was arrested for making an explosive device resulting in injury in violation of Florida State Statute 790.161(3). Sebastian Police applied for and obtained a search warrant to search HALLOCK's Toshiba laptop computer and cell phone.

8. On July 7, 2011, Sebastian Police asked Palm Bay Police Department Detective Greg Guillette, a member of the Florida Electronic Evidence Task Force, to conduct the forensic examination of the aforementioned digital media. On July 13, 2011, Detective Guillette was conducting an index search of the laptop for the word "Bomb." The word "Bomb" appeared 5668 times within 411 individual files. Five of the files appeared to have titles indicative of child pornography. These five files were found in a folder on the laptop entitled "CP." Detective Guillette opened the files and

determined that the images were in fact child pornography. Detective Guillette bookmarked the files and discontinued his examination. He contacted Detective Mills to inform him of these findings.

9. On December 22, 2011, Special Agent Felix De La Vega, HSI, who was participating in the investigation of Hallock, obtained a federal search warrant to search the digital media for evidence of child pornography. The warrant was signed by Frank J. Lynch, Jr., a Federal Magistrate Judge in and for the Southern District of Florida (11-94-FJL). S/A De La Vega contacted Detective Guillette and advised him of the federal search warrant. Detective Guillette continued his examination of the digital media.

10. Detective Guillette found 228 suspected child pornography videos located in the folder named "cp" on the Toshiba laptop. These files are from known series of child pornography, and most involve images of prepubescent children. Some of the files contained on the laptop include:

- A video entitled "5yo Kathie Deep Fucked by Daddy.Avi," depicting an approximately 5 year old female being vaginally penetrated by an adult male penis;

- A video entitled " Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bondage ropes] 15m32s" depicting the known female victim from the "Vicky" series at approximately 13 years old performing oral sex on an adult male while she is tied up with a black rope and being anally penetrated by a dildo and an adult male penis;

- A video entitled "Qqaazz pthc pedo - kyky(anal_crying) 2yo girl cries while daddy fucks her ass (Remastered),"

4

      depicting an approximately 2 year old female being anally penetrated by an adult male.

- A partially downloaded video entitled "sha1_ZZIQ3L6724YB36A53V6EXYNBABZJC3H2.partial," depicting an approximately 7 year old female lying in bed naked, masturbating, and being fondled and anally penetrated by an adult male penis;

- A partially downloaded video entitled "ttr_BMOU2SVAM5KS2Y6HSR5NITOA6UK3KH6MNHXEVYI.partial," depicting the known victim from the "Vicky" series, performing oral sex on an adult male;

- A partially downloaded video entitled "ttr_RNMMGNFO7JBSUF66ZJMJ6BHE6MXSLYJMEZO44DY.partial," depicting an approximately 5 year old female being fondled by other females and anally penetrated by an adult male penis.

11. Detective Guillette also located two peer to peer file sharing programs on the laptop: Shareaza and Limewire. Many of the child pornography videos were downloaded through Shareaza based on data found in the Shareaza "Incomplete Folder," Shareaza "Partial Downloads Folder."

12. Detective Guillette also recovered chat logs from the Toshiba laptop of communications between HALLOCK and F.K., who has been identified as a sixteen year old female from Texas (born 1/5/1996). The first chat between HALLOCK and F.K. appears to have occurred on January 12, 2011, a week after F.K. turned fifteen. During the chat, F.K. identified herself to HALLOCK as being 14 years old, and HALLOCK claimed to be 18 years old, although he was 24 at the time. The first communication, which occurred on MSN chat, was sexual in nature.

5

13. Many of the subsequent chats between HALLOCK and F.K. occurred over "Skype". Skype is a software application that allows users to communicate by voice, video, and instant messaging over the Internet. The Toshiba laptop shows HALLOCK and F.K. communicated by Skype webcam (where they could actually see and hear each other) and often utilized Skype chat simultaneously (for example, when they had a bad connection and could not hear each other). During a chat session dated April 17, 2011, the following exchange occurred while F.K. and Hallock were apparently utilizing webcams:

| | |
|---|---|
| Hallock | you torture me so well |
| F.K. | good to know |
| F.K. | i take my torture ver seriously |
| F.K. | very |
| Hallock | rawr! |
| Hallock | mmm |
| F.K. | rawr |
| Hallock | my hands are too rough for the job at hand |
| Hallock | lol |
| F.K. | lol |
| F.K. | too much friction? |
| F.K. | lo |
| F.K. | l |
| Hallock | lol |
| Hallock | yeah |
| Hallock | need lube |
| F.K. | damn your face is WOW |
| F.K. | i think i inked myself a lonnng time ago |
| Hallock | lol |
| Hallock | did you? |
| F.K. | yeesh |
| Hallock | sweet |
| Hallock | what does it feel like down there? |
| F.K. | slippery and wet |
| Hallock | mmm |
| Hallock | gahh |
| Hallock | i just made an involuntary noise |
| F.K. | good to know |
| Hallock | yeesh |

6

```
F.K.      yeeeeeesh
Hallock   what kind of undies are you wearing tonight?
F.K.      tidy whities
Hallock   mmm
F.K.      do u want to see?
Hallock   show me them
Hallock   yeah
Hallock   ooh
Hallock   hot
F.K.      lolk
F.K.      lol
```

14. In at least one of the chats, Hallock told F.K. he was creating still pictures from their webcam sessions. Essentially, HALLOCK was utilizing software on the laptop to create still or "snap shot" images of the video feed of F.K during their webcam sessions. Hallock told F.K. he was placing the pictures in his "F[redacted] folder". (The name of the folder reflects F.K.'s first name). Detective Guillette located the "F[redacted] folder" on the laptop computer at the following path: LAPTOP IMAGE.E01/Partition 1/NONAME [NTFS]/[root]/ Users/Andrew/Desktop/My Documents/F[redacted]. The folder contained several pictures of F.K. posing in various stages of undress. In some of the pictures F.K. is posing in her panties and bra. While F.K.'s genitals are not exposed in any of the images, the focus of several of the images is on F.K.'s covered genitals and the images are lascivious in nature. In at least two images, F.K. appears to have been masturbating when the still image was made from the webcam session.

15. Further review of data from Hallock's laptop and cell phone revealed Hallock traveled to Texas by plane to meet F.K. on April 30, 2011. Images of HALLOCK's plane ticket, as well as F.K.

7

and Hallock together in a hotel room, were recovered from Hallock's cell phone.

16. On May 27, 2011, an investigator from the Kendall County Sheriff's Office, Boerne, Texas, interviewed F.K. and her mother, G.K. G.K. indicated that she was aware that HALLOCK was an adult, but had been monitoring his interaction with F.K. and had not seen any inappropriate communications. G.K indicated she was aware of Hallock's trip to Texas, but that F.K. was chaperoned by her and F.K.'s adult sister at all times while Hallock was visiting.

17. Skype chats logs contradicted G.K.'s statements that F.K. and HALLOCK were monitored at all times, and in fact suggest that HALLOCK and F.K. engaged in inappropriate sexual contact during HALLOCK's trip to Texas. The following is an excerpt from a Skype chat session dated May 9, 2011:

```
Hallock    last week
Hallock    you were abducted
F.K.       lol
Hallock    and fondled
F.K.       yes i was
Hallock    lol
F.K.       yes
F.K.       i was without permission
F.K.       lol
Hallock    you were relentlessly groped
F.K.       did u feel from inside my shirt?
Hallock    and made love to by a terrorist gangster
Hallock    and i did it all with a smile
Hallock    baby
Hallock    my lips
F.K.       i didnt know if u got totally in there
Hallock    were on your tits
Hallock    and my tongue
```

8

| | |
|---|---|
| Hallock | was between them |
| Hallock | haha |
| F.K. | i dont FUCKING remember this |
| F.K. | lol |
| Hallock | wow |
| Hallock | you must have been spaced out |
| Hallock | i knew it |
| Hallock | i should have gone for a dirty sanchez |
| F.K. | my gawd where in the fuck was i |
| Hallock | my finger |
| Hallock | was in your mouth |
| F.K. | lol |
| Hallock | and your ass crack |
| F.K. | yes i remember that |
| Hallock | haha |
| F.K. | lol |
| F.K. | u did not kiss my naked nipples....did u? |
| Hallock | no |
| F.K. | ok |
| Hallock | almost... |
| F.K. | yes |
| Hallock | almost |
| Hallock | a man can dream |
| F.K. | but did your fingerss feel it |
| F.K. | lol |
| F.K. | i know u made a few attempts |
| Hallock | i groped your bewbs |
| F.K. | from inside the shirt? |
| Hallock | i did not touch ze nipples |
| F.K. | ok |
| F.K. | lol |
| F.K. | u almost did tho |
| F.K. | pretty close |
| Hallock | yeah inside the shirt |
| F.K. | lol |
| Hallock | very close |
| F.K. | indeed |
| F.K. | i remember what u did from outside the shirt |
| F.K. | lol |
| Hallock | you are gonna get it |
| Hallock | inside the shirt |
| Hallock | and inside the pants |
| Hallock | rawr |
| F.K. | u try! |
| F.K. | lol |
| Hallock | yes |
| F.K. | this is a challenge |
| Hallock | i will be victorious |

9

18. During a Skype chat session dated May 18, 2011, Hallock and F.K. talked about a future visit between them and their desire to have private time with each other:

| | |
|---|---|
| Hallock | so we can be together again soon |
| F.K. | yeah |
| F.K. | my mom is still debating san antonio again or denver |
| F.K. | she was first denver but then she said san antonio |
| F.K. | again |
| Hallock | either would be great |
| F.K. | yeah |
| F.K. | totally |
| Hallock | we could go to the river walk |
| F.K. | she was think sa bc we could do that stuff and we wouldnt have my sister along |
| F.K. | lol |
| Hallock | lol |
| Hallock | TRUE |
| F.K. | she thought it would be better for us to be by ourselves for once |
| F.K. | or something |
| F.K. | she felt stressed from my sis bc she didnt want us to be left alone and stuff |
| Hallock | oh |
| F.K. | like my sis didnt want us to be left alone |
| Hallock | oh ok |
| F.K. | yeah |
| Hallock | i see |
| F.K. | yeah |
| Hallock | beth is cool and all |
| Hallock | but we need our privacy |
| F.K. | my sis kept bothering me about my virginity just bc of the hickey |
| Hallock | lol |
| Hallock | really? |
| Hallock | just cuz of a hickey? |
| F.K. | and my mom looked at my boobs to see if they were sucked on |
| F.K. | lol |
| F.K. | yeah |
| Hallock | haha |
| Hallock | wow |
| Hallock | crazy |
| F.K. | yeah she thinks hickey means automatic sex or something |
| Hallock | odd |
| F.K. | yeah |
| Hallock | mmm |

10

```
F.K.       lol
F.K.       side?
Hallock    yeah
Hallock    why wouldn't they trust you?
F.K.       my mom did but not my sis
```

  19. The chats show that HALLOCK continued to communicate with F.K. up to the day of his arrest for the explosion.  On May 22, 2011, HALLOCK and F.K. engage in the following Skype chat session:

```
F.K.       how many boners do u get a day?
F.K.       lol
Hallock    3 or 4
F.K.       hahahahaa
F.K.       lol
F.K.       thats not funny but it is
Hallock    lol
Hallock    sometimes more
F.K.       damn italian
Hallock    lol
F.K.       i feel bad for u
F.K.       lol
Hallock    yeah it sucks
Hallock    constant blue balls
F.K.       yeah that suckss
F.K.       thank gawd im not a guy
Hallock    lol
Hallock    you just have to work on building up your libido
F.K.       lol
F.K.       yeah
Hallock    eventually the urges will get stronger
Hallock    and you will feel ynroh on a much stronger level
F.K.       yeah
F.K.       lol
F.K.       sorry its funny
Hallock    what is?
Hallock    this is a serious matter
Hallock    u gonna get raped
F.K.       i know
F.K.       lol
F.K.       sorry
F.K.       i find this matter funny and serious
Hallock    yeah
Hallock    u gonna get it so hard
F.K.       im scaresd
F.K.       lol
Hallock    u betta be scerred
```

```
Hallock    u gonna get rapededed
F.K.       edededededed
Hallock    lol
F.K.       lol
Hallock    giggedy
F.K.       goo
F.K.       i cant wipe the smirk off my face
Hallock    good
```

20. Based upon the foregoing, there is probable cause to believe that on or about May 22, 2011, Andrew HALLOCK did knowingly possess child pornography in violation of Title 18, United States Code, Section 2252(a)(4), and that beginning on or about January 12, 2011, through on or about May 22, 2011, Andrew HALLOCK did knowingly attempt to entice a minor to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b).

Further, your affiant sayeth naught.

_____
Ivan L. Camacho, Special Agent
Homeland Security
Investigations

Sworn and subscribed to before me this 27 day of April 2012.

_____
FRANK J. LYNCH, Jr.
United States Magistrate Judge

12