AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

27 APR '12 AM 9:04

| United States of America | ) |
| v. | ) |
| ANDREW JOSEPH HALLOCK | ) Case No. 12-39-FJL |
| | ) |
| _____ | ) |
| *Defendant* | |

FILED by _____ D.C.

MAY - 7 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANDREW JOSEPH HALLOCK ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)

Attempted enticement of a minor in violation of 18 U.S.C. § 2422(b)

Date: April 25, 2012

_____
*Issuing officer's signature*

City and state:   Fort Pierce, Florida

Frank J. Lynch, Jr., United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-25-12, and the person was arrested on *(date)* 5-2-12
at *(city and state)* Sebastian, Fl.

Date: 5-4-12

_____
*Arresting officer's signature*

Ivan L. Comacho Special Agent
*Printed name and title*

886030                                    1204 0427 3152-J