FILED by _IAC_ D.C.

MAY - 7 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America         Case # 12-39-FJL

Vs

Andrew J. Hallock               Prisoner # 99774-004

**********************************************************************

To: Clerk's Office, United States District Court: (Circle One)

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    (FORT PIERCE)

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
**********************************************************************

All Items are to be completed. Information not applicable or unknown to be indicated by "N/A"

1). Date and Time of Arrest  5-2-12   7:20 pm
2). Language(s) spoken  English
3). Offenses(s) charged  18 USC 2252, 18 USC 2422
4). U.S. Citizen  yes
5). Date of Birth  2-4-84
6). Type of charging document: (Check one)
    ☐ Indictment        ☒ Complaint to be filed/already filed
    ☐ Bench Warrant for failure to Appear
    ☐ Probation Violation Warrant
    ☐ Parole Violation Warrant
    ☐ Pretrial Services Warrant

Case # FP07 QS11 FP0012
Originating District  South Florida
Copy of Warrant left with booking Officer: ☒ YES    ☐ NO

7). Amount of Bond  N/A         Who set Bond
8). Arresting Agent  Camacho    Date  5-2-12
9). Agency  HSI                 Phone  772-467-6619 [?]
10). Remarks: