UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14035-CR-MOORE/LYNCH

UNITED STATES OF AMERICA

-v-

ANDREW J. HALLOCK
_____/

Reg No:      99774-004
Language:    ENGLISH

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **FRANK J. LYNCH, JR.** on **MAY 18, 2012** where the Defendant was arraigned and a plea of NOT GUILTY was entered by the Defendant. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFT'S DOCKET NUMBER:**      12-14035-CR-KMM-001

**DEFENSE COUNSEL:**      FEDERAL PUBLIC DEFENDER'S OFFICE

FORT PIERCE, FL  34950

772/489-2123

**BOND SET/CONTINUED:** _____ **Pretrial Detained** _____

Bond hearing held: YES _____   NO _____   PTD hearing set _____

Dated this 18th day of May, 2012 in Fort Pierce, Florida.

**STEVEN M. LARIMORE**
Court Administrator•Clerk of Court

By: ____Colette Griffin-Arnold____
Deputy Clerk

c:   Courtroom Deputy, District Judge
     U.S. Attorney Office
     Defense Counsel
     U.S. Pretrial/Probation Office