# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. __ 12-CR-14035-MOORE/LYNCH (s) __
18 U.S.C. § 2252(a)(2) & (b)(1)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

ANDREW J. HALLOCK,

        Defendant.

_____/

FILED by _____ D.C.

JUN 2 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## SUPERSEDING INFORMATION

The United States Attorney charges that:

## COUNT 1

Beginning on or about August 10, 2009, and continuing until on or about April 28, 2011, in Indian River County, in the Southern District of Florida, the defendant,

**ANDREW J. HALLOCK,**

did knowingly receive a visual depiction, which had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## **FORFEITURE**

Upon conviction of the violation alleged in Count 1 of this superseding information, the defendant

**ANDREW J. HALLOCK** shall forfeit to the United States any visual depiction, or any book, magazine,

periodical, film, videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of the law; any property, real or personal, constituting

or traceable to gross profits or other proceeds obtained from such offense; and any property, real or

personal, used or intended to be used to commit or to promote the commission of such offense or any

property traceable to such property, including, but not limited to, the following:

1. Compaq (HP) Laptop Computer, Serial No. 2CE85128BC.

2. Memorex Thumb Drive, Serial No. 34cc0e0091205900.

Pursuant to Title 18, United States Code, Section 2253.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

SHANIEK M. MAYNARD
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ANDREW J. HALLOCK,

**Defendant.**

_____/

CASE NO.   12-CR-14035-MOORE/LYNCH(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes _____   No __X__
Number of New Defendants          _____
Total number of counts          _____

**Court Division:** (Select One)

_____ Miami          _____ Key West
_____ FTL          _____ WPB   _X_ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     __No__
     List language and/or dialect     _____

4.   This case will take   __5__   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                              (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | __X__ | |
| II | 6 to 10 days | _____ | |
| III | 11 to 20 days | _____ | |
| IV | 21 to 60 days | _____ | |
| V | 61 days and over | _____ | |

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | __X__ |

6.   Has this case been previously filed in this District Court? (Yes or No)     __No__
If yes:
Judge: _____          Case _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?          (Yes or No)     _YES_
If yes:
Magistrate Case No.          __12-39-F.II__
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of     __05-02-2012__
Defendant(s) in state custody as of     _____
Rule 20 from the _____          District of _____

Is this a potential death penalty case? (Yes or No)     __NO__

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes   __X__ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes   __X__ No

_____
SHANIEK MAYNARD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0522201

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.    12-CR-14035-MOORE/LYNCH(s)

Defendant's Name:   ANDREW J. HALLOCK

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Receipt of Child Pornography | 18: §2252(a)(2) and (b)(1) | 5 to 20 year's imprisonment<br>Up to $250,000 fine<br>SR: 5 years to life<br>$100 Special Assessment |