UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14035-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ANDREW HALLOCK,

       Defendant.

_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, Andrew Hallock, by and through his undersigned counsel, submits the following objections to the presentence investigation report (PSI).

1. As to paragraphs 14, 15, 16, 17, 18, 19, 20, 22, and 23, Defendant objects to the factual allegations contained therein. Defendant also requests that these paragraphs be stricken from the PSI.

2. As to paragraph 38, Defendant objects to the five level enhancement stated therein.

3. As to paragraph 46, Defendant objects to not receiving a three level reduction for acceptance of responsibility.

4.      As to paragraph 84, based upon the foregoing, Defendant submits that his offense level is 36.  With a criminal history category I, the advisory guideline range is 188 to 235 months imprisonment.

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

                s/ Peter Birch
                Peter Birch
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 304281
                450 South Australian Ave., Suite 500
                West Palm Beach, FL 33401
                TEL:  (561) 833-6288
                FAX:  (561) 833-0368
                Peter_Birch@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/ Peter Birch
                Peter Birch

## SERVICE LIST

### UNITED STATES OF AMERICA V. ANDREW J. HALLOCK
Case No. 12-14035-Cr-Moore/Lynch

Shaniek M. Maynard
Assistant United States Attorney
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
*shaniek.maynard@usdoj.gov*

Frances Weisberg
United States Probation Officer
101 South Highway #1
Suite 1094
Fort Pierce, FL 34950